David C. West #3426
Chapter 7 Trustee
321 N. Mall Dr., #O-202
St. George, UT 84790
Tel. (435) 673-0790
Fax (435) 652-8269

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy Case No. 09-28401 WTT |
| JOSEPH PATTEN ROWAN and MICHELLE CHASE ROWAN, | Chapter 7 |
| Debtors. | |

**DEPOSIT OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

David C. West, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. That amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The funds are on deposit in The Bank of New York Mellon, Account # 92009809651566.

3. The claimants and amounts are as follows:

Mountain West Anesthesia         $ 3.95
P.O. Box 3570
Salt Lake City, UT 84110-3570

Questar Gas Company              $ 2.01
Bankruptcy DNR 244
P.O. Box 3193
Salt Lake City, UT 84110-3194

American General Finance         $ 2.34
P.O. Box 971
Evansville, IN 47706-0971



4. A check in the amount of $8.30, representing said small dividends and unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 6th day of December, 2010.

_David C. West_
David C. West, Trustee

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Small Dividends and Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 6th day of December, 2010.

U.S. Trustees Office
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111

_David C. West_
David C. West

2